IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DALE MAISANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-mc-00418 |
| | ) | |
| CHIEF JUDGE WILLIAM J. HAYNES, | ) | Chief Judge Haynes |
| JR., JUDGE TODD CAMPBELL, | ) | |
| JUDGE ALETA A. TRAUGER, | ) | |
| JUDGE KEVIN H. SHARP, | ) | |
| CHIEF JUDGE RANER C. COLLINS, | ) | |
| CORIZON HEALTH INC., | ) | |
| ARIZONA STATE OF, | ) | |
| and DEPUTY WARDEN LINDA VEGA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

I hereby recuse myself from this action.

It is so **ORDERED**.

ENTERED this the 10th day of March, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court